# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00339-CR

**Wesley Eugene Perkins, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
### NO. C-1-CR-13-200882, THE HONORABLE JOHN LIPSCOMBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Wesley Eugene Perkins, acting pro se, filed an appeal of the district court's order revoking his community supervision and imposing a sentence of confinement. *See* Tex. Code Crim. Proc. art. 42A.755(e). Perkins has now filed a motion to stay all activity in this appeal pending resolution of a related petition for writ of mandamus that he has filed in the United States Supreme Court.

We grant the motion and abate this appeal until June 22, 2020. All appellate deadlines will be tolled during the period of abatement.

Before Chief Justice Rose, Justices Baker and Triana

Abated

Filed: April 21, 2020

Do Not Publish